United States District Court
Southern District of Texas
**ENTERED**
November 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ANTONIO ARELLANO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01767** |
| | § | |
| **UNITED STATES POSTAL SERVICE,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Pending is the U.S. Magistrate Judge's Report and Recommendation, (Dkt. 5), recommending Plaintiff's Complaint, (Dkt. 1), be dismissed without prejudice. The Plaintiff has been duly noticed regarding the filing of objections, and the applicable 14-day timeframe for the filing of objections has now lapsed. Noting that no objections have been filed and having now reviewed the matter as provided by 28 U.S.C. § 636, the Court concludes that the Report and Recommendation should be and is hereby **ACCEPTED**. Thus, Plaintiff's Complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

IT IS SO ORDERED.

SIGNED this November 20, 2026.



Diana Saldaña
United States District Judge